**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> JustFly Corp. <br><br>      Debtor in a foreign proceeding. | Chapter 15 <br><br> Case No. 20-11204 (JTD) |
| In re:, <br><br> FlightHub Group Inc. <br><br>      Debtor in a foreign proceeding. | Chapter 15 <br><br> Case No. 20-11205 (JTD) |
| In re: <br><br> FlightHub Service Inc. <br><br>      Debtor in a foreign proceeding. | Chapter 15 <br><br> Case No. 20-11206 (JTD) |
| In re: <br><br> JustFly Inc. <br><br>      Debtor in a foreign proceeding. | Chapter 15 <br><br> Case No. 20-11207 (JTD) |
| In re: <br><br> SSFP Corp. <br><br>      Debtor in a foreign proceeding. | Chapter 15 <br><br> Case No. 20-11208 (JTD) |
| In re: <br><br> 11644670 Canada Inc. <br><br>      Debtor in a foreign proceeding. | Chapter 15 <br><br> Case No. 20-11209 (JTD) |

**MOTION FOR AN ORDER (A) DIRECTING JOINT ADMINISTRATION OF CASES UNDER CHAPTER 15 OF THE BANKRUPTCY CODE AND (B) AUTHORIZING THE FILING OF A CONSOLIDATED LIST UNDER BANKRUPTCY RULE 1007**

FlightHub Group, Inc., in its capacity as the duly-appointed authorized foreign representative (the "**Foreign Representative**") for the above-captioned debtors (collectively, the "**Debtors**"), which are the subject of proceedings (the "**Canadian Proceeding**") currently pending before the Superior Court of Québec, in the Province of Québec, District of Montreal (the "**Canadian Court**") commenced pursuant to the Companies' Creditors Arrangement Act, R.S.C. 1985, C-36 (as amended, the "**CCAA**"), has commenced the above-captioned chapter 15 cases (the "**Chapter 15 Cases**") ancillary to the Canadian Proceeding and submits this motion (this "**Motion**") for entry of an order, substantially in the form attached hereto as **Exhibit A** (the "**Proposed Order**"), (a) directing joint administration of the Debtors' cases under chapter 15 for procedural purposes only pursuant to section 105(a) of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (as amended, the "**Bankruptcy Code**"), Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**") and (b) authorizing the filing of a consolidated list pursuant to Bankruptcy Rule 1007(a)(4).

## JURISDICTION AND VENUE

1.  The Bankruptcy Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012. Recognition of a foreign proceeding and other matters under chapter 15 of the Bankruptcy Code are core matters under 28 U.S.C. § 157(b)(2)(P).

2.      The Foreign Representative, in its capacity as authorized foreign representative, has properly commenced the above-captioned Chapter 15 Cases pursuant to sections 1504, 1509, and 1515 of the Bankruptcy Code and Bankruptcy Rules 2002 and 9007.

3.      The Foreign Representative consents to the entry of final orders or judgments by the Bankruptcy Court if it is determined that the Bankruptcy Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

4.      Venue in this district is proper under 28 U.S.C. §§ 1410.

## BACKGROUND

5.      The Debtors are a flight-centric online travel agency that utilize a mobile site, application, and a platform allowing self-serve capabilities for users and customer agents to facilitate the sale of airline tickets, among other products. The Debtors operate two leading brands: "FlightHub," which is focused in Canada, and "JustFly," which is focused in the United States. The "FlightHub" brand was initially launched at the inception of the Debtors in 2012. The "JustFly" brand was created in 2014, when the Debtors decided to capitalize on their Canadian success by expanding to penetrate the United States market. JustFly offered United States international flights as of 2014 and offered United States domestic flights as of 2015.

6.      The overarching event at the root of the Debtors' current financial difficulties is the outbreak of the respiratory disease known as "COVID-19." On January 30, 2020, the International Health Regulations Emergency Committee of the World Health Organization ("**WHO**") declared the outbreak a "public health emergency of international concern." On March 11, 2020, the WHO publicly characterized COVID-19 as a pandemic. Sanitary authorities worldwide are unable to predict the duration of this pandemic, and it is expected that its pervading effects on the airline and travel industry, amongst others, will endure for several

months. Almost all governments worldwide have imposed and enforced, among other confinement measures, severe travel restrictions

7.  On April 30, 2020, given that approximately $15 million became due to several of the group's suppliers, the Debtors were left with no other option than to file the a proceeding (the "**Canadian Proceeding**") currently pending before the Superior Court of Canada in the Province of Québec, District of Montreal (the "**Canadian Court**") commenced pursuant to the Companies' Creditors Arrangement Act, R.S.C. 1985, C-36 (as amended, the "**CCAA**") to urgently stay these claims and undertake restructuring measures.

8.  On May 8, 2020, the Canadian Court entered an Interim Order (the "**Initial Order**") authorizing the Foreign Representative to initiate proceedings under Chapter 15 of the Bankruptcy Code. The Initial Order stated that the Debtors:

> shall be authorized to apply as they consider necessary or deliberate, with or without notice, to any other court or administrative body, whether in Canada, the United States of America or elsewhere, for orders with aid and complement this Initial Order and any subsequent orders of this Court and, without limitation to the foregoing, an order under Chapter 15 of the U.S. Bankruptcy Code, for which FlightHub Group Inc. shall be the foreign representative of the Debtors. All courts and administrative bodies of all such jurisdictions are hereby respectively requested to make such orders and to provide such assistance to each of the [Debtors] as may be deemed necessary and appropriate for that purpose.

### RELIEF REQUESTED

9.  The Foreign Representative seeks entry of an order substantially in the form attached as hereto **Exhibit A** (a) directing joint administration of the Debtors' cases under chapter 15 for procedural purposes only and (b) authorizing the filing of a consolidated list pursuant to Bankruptcy Rule 1007(a)(4).

10. The Foreign Representative requests that the caption of the Debtors' Chapter 15 Cases be modified to reflect joint administration of the Chapter 15 Cases as follows:

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| JustFly Corp., *et al.*, | Case No. 20-11204 (JTD) |
| Debtor in a foreign proceeding.[1] | Jointly Administered |

---

[1] The Debtors in the chapter 15 proceedings and the last four digits of their federal tax identification numbers are: JustFly Corp. (4113), FlightHub Group Inc. (9062), FlightHub Service Inc. (8072), JustFly Inc. (4194), SSFP Corp. (7744), and 11644670 Canada Inc. (2537). The location of the Debtors' corporate headquarters and the Debtors' foreign representative is: 3333 boul de la Côte-Vertu, Suite 600, Montreal / Saint-Laurent, Québec, Canada H4R 2N1.

11. The Foreign Representative requests that the Bankruptcy Court find that the proposed caption satisfies the requirements of section 342(c)(1) of the Bankruptcy Code and Bankruptcy Rule 1005.

12. The Foreign Representative also seeks the Bankruptcy Court's direction that the following notation be entered on the docket of each Chapter 15 Case other than that of JustFly Corp. to reflect the joint administration of the Chapter 15 Cases:

> An order has been entered in this chapter 15 case in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware directing the procedural consolidation and joint administration of the chapter 15 cases of: JustFly Corp., Case No. 20-11204 (JTD); FlightHub Group Inc., Case No. 20-11205 (JTD); FlightHub Service Inc., Case No. 20-11206 (JTD); JustFly Inc., Case No. 20-11207 (JTD); SSFP Corp., Case No. 20-11208 (JTD); and 11644670 Canada Inc., Case No. 20-11209 (JTD). The docket in Case No. 20-11204 (JTD) should be consulted for all matters affecting this chapter 15 case.

13. Further, the Foreign Representative requests that the Bankruptcy Court authorize the Foreign Representative to file and utilize a consolidated list under Bankruptcy Rule

1007(a)(4) for the jointly-administered Chapter 15 Cases and that combined notices may be sent to the Debtors' creditors and other parties in interest where appropriate.

## BASIS FOR RELIEF REQUESTED

14. Bankruptcy Rule 1015(b) provides that if two or more petitions for relief are pending in the same court by or against a debtor and its affiliate, the Bankruptcy Court may order joint administration of the bankruptcy cases. *See* Fed. R. Bankr. P. 1015(b). The Debtors are affiliates of each other.

15. Additionally, Local Rule 1015-1 provides that the Bankruptcy Court may order joint administration without notice or a hearing upon the filing of a motion requesting such joint administration and an affidavit or verification establishing that joint administration is warranted and will ease the administrative burden for the Bankruptcy Court and parties in interest.

16. Entry of an order directing joint administration of the Debtors' Chapter 15 Cases will avoid duplicative notices, applications, and orders, thereby saving the Foreign Representative and parties in interest considerable time and expense, as well as ease the administrative burden on the Bankruptcy Court and related parties. The rights of creditors will not be adversely affected because this Motion requests only administrative consolidation of the Chapter 15 Cases. By aggregating all papers related to the Debtors under the same case caption and docket, creditors and parties in interest will be able to access and review relevant information concerning the Debtors in one place and will thereby be better able to keep apprised of the matters before the Bankruptcy Court.

17. Additionally, filing a consolidated list under Bankruptcy Rule 1007(a)(4) is appropriate in the Chapter 15 Cases. As the relief sought in each of the Chapter 15 Cases is identical, and any additional relief sought is likely to impact most or all of the Debtors, the Foreign Representative anticipates that most, if not all, motions, notices, hearings, orders, and

other papers filed in the Chapter 15 Cases will affect most or all of the Debtors. Under these circumstances, filing and maintaining separate lists under Bankruptcy Rule 1007(a)(4) would result in unnecessary confusion and wasteful duplication of effort and service.

## NOTICE

18. Notice of this Motion was provided to the Office of the United States Trustee. The Foreign Representative respectfully submits that no further notice is required.

## NO PRIOR REQUEST

19. No previous request for the relief sought herein has been made by the Foreign Representative to this or any other court.

[*Remainder of page intentionally left blank*]

WHEREFORE, the Foreign Representative respectfully requests that the Bankruptcy Court enter an order substantially in the form attached as **Exhibit A**: (a) directing the joint administration of the Chapter 15 Cases for procedural purposes only; (b) authorizing the filing of a consolidated list pursuant to Bankruptcy Rule 1007(a)(4); and (c) granting related relief.

| | |
|---|---|
| Dated: May 22, 2020<br>Wilmington, Delaware | BIELLI & KLAUDER, LLC<br><br>*/s/ David M. Klauder*<br>David M. Klauder, Esquire (No. 5769)<br>1204 N. King Street<br>Wilmington, Delaware 19801<br>Phone: (302) 803-4600<br>Facsimile: (302) 397-2557<br>Email: dklauder@bk-legal.com<br><br>- and –<br><br>MCDONALD HOPKINS LLC<br>Marc J. Carmel (*pro hac vice* admission pending)<br>Serena G. Rabie (*pro hac vice* admission pending)<br>300 North LaSalle Street<br>Suite 1400<br>Chicago, Illinois 60654<br>Telephone: (312) 280-0111<br>Facsimile: (312) 280-8232<br>Email:  mcarmel@mcdonaldhopkins.com<br>             srabie@mcdonaldhopkins.com<br><br>*Counsel for the Foreign Representative* |