**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| JustFly Corp., *et al.*, | Case No. 20—11204 (JTD) |
| Debtors in a foreign proceeding.[1] | Joint Administration Requested |

**DECLARATION OF CHRISTOPHER CAVE IN SUPPORT OF MOTION FOR RECOGNITION OF FOREIGN MAIN PROCEEDING AND REQUEST FOR CERTAIN RELATED RELIEF PURSUANT TO SECTION 1515(b) OF THE BANKRUPTCY CODE**

I, Christopher Cave, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury under the laws of the United States, as follows:

1. I am the Chief Operating Officer at FlightHub Group Inc., which is the duly-appointed foreign representative ("**Foreign Representative**") of the above-captioned debtors (the "**Debtors**"), in Canadian proceedings (the "**Canadian Proceeding**") commenced under the Companies' Creditors Arrangement Act, R.S.C. 1985, c. C-36, as amended (the "**CCAA**"), pending before the Superior Court of Québec in the Commercial Division in the District of Montreal (the "**Canadian Court**"). I am authorized to provide this declaration on behalf of the Foreign Representative.

2. Before joining FlightHub Group Inc. as Chief Operating Officer, I worked at SNC-Lavalin Group as a Vice President of IT Digital, Analytics and Data Services. I also spent sixteen years working for InterDigital Communications and received numerous promotions over that span, with my most recent position being a Senior Director of Research and Development. I have a

---

[1] The Debtors in the chapter 15 proceedings and the last four digits of their federal tax identification numbers are: JustFly Corp. (4113), FlightHub Group Inc. (9062), FlightHub Service Inc. (8072), JustFly Inc. (4194), SSFP Corp. (7744), and 11644670 Canada Inc. (2537). The location of the Debtors' corporate headquarters and the Debtors' foreign representative is: 3333 boul de la Côte-Vertu, Suite 600, Montreal / Saint-Laurent, Québec, Canada H4R 2N1.

Bachelor of Engineering in Electrical Engineering and a Master of Engineering in Telecommunications and Signal Processing. Both degrees are from McGill University.

3. I respectfully submit this declaration in support of the chapter 15 petitions filed by the Foreign Representative seeking recognition of the Canadian Proceeding by the Bankruptcy Court as a foreign main proceeding under section 1515 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**").

4. The Debtors are a flight-centric online travel agency that utilize a mobile site, application, and a platform allowing self-serve capabilities for users and customer agents to facilitate the sale of airline tickets, among other products. The Debtors operate two leading brands: "FlightHub," which is focused in Canada, and "JustFly," which is focused in the United States. The "FlightHub" brand was initially launched at the inception of the Debtors in 2012. The "JustFly" brand was created in 2014, when the Debtors decided to capitalize on their Canadian success by expanding to penetrate the United States market. JustFly offered United States international flights as of 2014 and offered United States domestic flights as of 2015.

5. The Debtors have experienced significant growth since 2012. In 2019 alone, the Debtors served more than 5 million customers and sold more than CAD$3 billion in gross merchandising volume.

6. Headquartered in Montreal, the Debtors have business relationships with hundreds of outsourced travel agents. A substantial portion of the Debtors' workforce has been placed on leave as a result of the company's effort to cut costs in the wake of the global COVID-19 pandemic, and the Debtors have also been forced to reduce the number of relationships with outsourced travel agents.

7. The Debtors operate through three wholly-owned subsidiaries: FlightHub Services Inc., SSFP Corp., and JustFly Inc. JustFly Inc. has two wholly-owned subsidiaries of its own: 11644670 Canada Inc. and JustFly Corp. These entities collectively are the Debtors.

8. The activities carried on by each of the Debtors are the following:

- FlightHub Group Inc. is essentially a software provider, which owns and makes available to the entities of the group the software required to run their various platforms;

- FlightHub Services Inc. provides contact center management and technology solutions;

- SSFP Corp. provides fraud prevention services regarding the online transactions made on the group's websites (flighthub.com and justfly.com);

- JustFly Inc. is the online travel agency;

- JustFly Corp. is the entity that processes US credit card transactions for JustFly Inc.; and

- 11644670 Canada Inc. is an online travel agency that is not currently operating.

9. The current assets of the Debtors are mainly comprised of cash on hand and accounts receivable (CAD$6.4 million, including a CAD$1.5 million doubtful account for which no provision has been accounted for, as at April 30, 2020).

10. The Debtors have intangible assets (mostly intellectual property), which have not been evaluated since the beginning of the COVID-19 crisis. The value of these intangible assets has likely been significantly impaired by the current market conditions.

11. On July 5, 2019, the FlightHub Group Inc., as borrower and successor by merger into and with 7513283 Canada Inc. and 11365649 Canada Inc., as borrowers, and Toronto-Dominion Bank ("**TD**"), as lender, entered into a Credit Agreement, as amended by a First Amendment to the Credit Agreement dated as of July 5, 2019 (the "**Credit Agreement**").

12. The Credit Agreement provided for the provision of a CAD$45 million revolving operating credit facility (the "**Secured Loan**"). FlightHub Services Inc., SSFP Corp., JustFly Inc., and JustFly Corp. are guarantors under the Credit Agreement (collectively, the "**Obligors**").

13. The Credit Agreement was entered into by the Obligors with TD in the context of a reorganization of the Debtors carried out in 2019, whereby the majority of the shareholders agreed to buy-back certain minority shareholders and certain entities of the group were amalgamated.

14. The Credit Agreement provided for the issuance of letters of credit for the benefit of third-parties, not to exceed an aggregate amount of CAD$10 million. As of the date of the Canadian Proceeding, a number of letters of credit were still issued for the account of the Debtors by TD, representing a total amount of CAD$2,208,560.

15. The Secured Loan is secured by: (a) a first-ranking lien on all present and future movable property of the Obligors; (b) a general security agreement creating a lien on all assets of the Obligors in jurisdictions outside of Québec where any Obligor has a head office or where its assets may be located; (c) security over the intellectual property of the Obligors with the Canadian Intellectual Property Office and the United States Patent and Trademark Office; and (d) a pledge on all issued and outstanding shares held by shareholders of the Obligors.

16. To avoid a liquidation process that could have been engaged by TD if a default was triggered under the Secured Loan given the difficult circumstances created by the COVID-19 outbreak, and to provide the breathing room required for the Debtors to undertake a comprehensive restructuring for the benefit of all of its stakeholders, certain shareholders of the Debtors proceeded to purchase TD's interests and rights in the Secured Loan, through the company 11656503 Canada

Inc. (the "**Secured Creditor**") including all of the security interests registered by TD over the assets of the Debtors.

17. In parallel with this, as part of the same transaction, a distinct entity controlled by certain shareholders of the Debtors, 11656511 Limited Partnership (the "**LP Lender**"), agreed to loan CAD$4,000,000 to the Debtors to facilitate a restructuring of the Debtors.

18. The proceeds from the loan of the LP Lender are secured by a lien on all of the assets of the FlightHub Group Inc. and will be used in part as cash collateral to secure the Letters of Credit issued by TD, which the Debtors need to maintain to operate in the normal course, with the balance of the proceeds to be used by the Debtors to finance their restructuring and ongoing operations.

19. The Debtors' management is confident that the transaction with TD, the resources made available by the LP Lender, the protection afforded by the CCAA, and the relief sought in the Canadian Proceeding and the Chapter 15 Cases will provide the Debtors with an ability to comprehensively restructure their operations and ultimately emerge in an enhanced financial posture.

20. The overarching event at the root of the Debtors' current financial difficulties is the outbreak of the respiratory disease known as "COVID-19."

21. On January 30, 2020, the International Health Regulations Emergency Committee of the World Health Organization ("**WHO**") declared the outbreak a "public health emergency of international concern."

22. On March 11, 2020, the WHO publicly characterized COVID-19 as a pandemic. Sanitary authorities worldwide are unable to predict the duration of this pandemic, and it is

expected that its pervading effects on the airline and travel industry, amongst others, will endure for several months.

23. Almost all governments worldwide have imposed and enforced, among other confinement measures, severe travel restrictions.

24. The consequences suffered by the air travel industry, and more generally by the tourism industry, have been catastrophic, and the Debtors are being severely impacted by the crisis.

25. Whereas the Debtors had been profitable since the beginning and their revenues had continued to grow at a steady pace, new flight reservations abruptly decreased by more than 90% in less than two months. In addition to the significant reduction in revenues from new reservations, many of the previous reservations made by customers prior to the COVID-19 outbreak have been cancelled, leading to a significant loss in previously recorded revenues.

26. While the Debtors hope that the travel industry will be able to restart its operations as soon as possible, the current measures in place in numerous countries around the world and the progress of the disease are such that the Debtors are left with a greatly reduced revenue stream and are therefore unable meet their obligations as they become due.

27. On April 30, 2020, given that approximately CAD$15 million became due to several of the group's suppliers, the Debtors were left with no other option than to file the Canadian Proceeding to urgently stay these claims and undertake restructuring measures.

28. Accordingly, the Foreign Representative and the Debtors believe, and respectfully submit, that the recognition of a foreign main proceeding commenced under the CCAA constitutes the best option available in the circumstances to preserve the value of their assets, for the benefit of their creditors and stakeholders.

29. The Foreign Representative has caused the Debtors to commence the Chapter 15 Cases. The Foreign Representative respectfully submits that recognition is necessary to facilitate the restructuring and to achieve the more fundamental objectives of chapter 15 itself, including: (a) protecting the interests of creditors by facilitating completion of the proposed restructuring; (b) preserving the Debtors' operations as a going concern; (c) preserving the jobs of employees; (d) providing certainty for the creditors who have agreed to support the Debtors through their own undertakings and commitments; and (e) facilitating cooperation through established principles of comity recognizing the efficacy of Canadian CCAA proceedings under United States law.

**[Signature Page Follows]**

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that, based upon my knowledge, information, and belief as set forth herein, the foregoing is true and correct.

Dated: May 22, 2020

                                                 /s/ Christopher Cave
                                                 Christopher Cave, on behalf of FlightHub
                                                 Group Inc. in its capacity as the Foreign
                                                 Representative of the Debtors